AO 442 (11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 27, 2022**

SEAN F. McAVOY, CLERK

United States of America )
v. )
) Case No. 2:22-MJ-00126-JAG
JOHN I. SANGER )
*Defendant* )

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE HEREBY COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

The offense is briefly described as follows:

Conspiracy to Commit Theft of Government Property and Possession of Stolen Ammunition, 18 U.S.C. § 371

Date: April 25, 2022

*Issuing officer's signature*

City and state: Spokane, Washington

James A. Goeke, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on 4/25/22, and the person was arrested on 4/27/22
at *(city and state)* Spokane, WA.

Date: 4/27/22

Arrested within the E/WA
By: FBI
*(Arresting) officer's signature*
Executed On: 4/27/22
Sign: Benjamin K. Havey USMS
*Printed name and title*