Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 3 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-52-TOR |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 371 Conspiracy to Commit Theft of Government Property and Possession of Stolen Ammunition (Count 1) |
| JOHN I. SANGER, ERIC A. EAGLETON, SHAWN ROBSON, NATHANIEL A. RICHARDS, JONAH PIERCE, and AUSTIN LIMACHER, | 18 U.S.C. §§ 922(j), 924(a)(2) Possession of Stolen Ammunition (Counts 2-9) |
| Defendants. | 26 U.S.C. §§ 5841, 5845(a), 5861(d), 5871 Possession of an Unregistered Firearm (Counts 10-12) |
| | 18 U.S.C. § 641 Receiving Stolen Government Property (Counts 13-16) |
| | 18 U.S.C. § 924, 49 U.S.C. § 80303, 26 U.S.C. § 5872, 28 U.S.C. § 2461 Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

General Allegations

1. At all times relevant to this indictment, the Defendants, JOHN I. SANGER, ERIC A. EAGLETON, SHAWN ROBSON, NATHANIEL A. RICHARDS, JONAH PIERCE, and AUSTIN LIMACHER, were enlisted servicemembers of the United States Air Force.

2. At all times relevant to this indictment, the Defendants, JOHN I. SANGER, ERIC A. EAGLETON, SHAWN ROBSON, JONAH PIERCE, and AUSTIN LIMACHER, resided within the Eastern District of Washington.

3. At all times relevant to this indictment, the Defendant, NATHANIEL A. RICHARDS, resided within the Eastern District of Washington and the District of Nevada.

4. At all times relevant to this indictment, the Defendant JOHN I. SANGER was assigned to the 92nd Logistics Readiness Squadron (92nd LRS), Fairchild Air Force Base, Airway Heights, Washington, within the Eastern District of Washington.

5. At all times relevant to this indictment, the Defendants, ERIC A. EAGLETON, SHAWN ROBSON, and AUSTIN LIMACHER, were assigned to the Combat Arms Training Management (CATM) section of the 92nd Security Forces Squadron (92 SFS) located on Fairchild Air Force Base, Airway Heights, Washington. JONAH PIERCE was assigned to the Armory on Fairchild Air Force Base, Airway Heights, Washington. All were within the Eastern District of Washington

6. On or about March 12, 2022, Defendant, NATHANIEL RICHARDS was assigned to the Fairchild Air Force Base CATM section. In early April 2022, RICHARDS conducted a permanent change of station move to ~~Nellis~~ Creech Air Force

INDICTMENT – 2

Base, Nevada. RICHARDS was assigned as the Non-Commission Officer-in-Charge (NCOIC) of the ~~Nellis~~ Creech Air Force Base CATM section.

## COUNT ONE

7. Beginning on a date unknown but by on or about March 12, 2022, and continuing until April 26, 2022, in the Eastern District of Washington and elsewhere, the Defendants, JOHN I. SANGER, ERIC A. EAGLETON, SHAWN ROBSON, NATHANIEL A. RICHARDS, JONAH PIERCE, and AUSTIN LIMACHER, knowingly and willfully combined, conspired, and agreed with each other, and with others unknown, to commit the following offenses against the United States:

   a. To willfully and knowingly receive, conceal and retain stolen property of the United States, that is, ammunition of a value in excess of $1,000.00, with intent to convert said property to their own use, then knowing said property to have been stolen, in violation of 18 U.S.C. § 641.

   b. To knowingly possess stolen ammunition, which had been shipped in interstate or foreign commerce, to wit: approximately 14,000 rounds of assorted ammunition; well knowing or having reasonable cause to believe the ammunition was stolen, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

<u>The Unlawful Object And Manner And Means Of The Conspiracy</u>

8. The Defendants, JOHN I. SANGER, ERIC A. EAGLETON, SHAWN ROBSON, NATHANIEL A. RICHARDS, JONAH PIERCE, and AUSTIN LIMACHER, conspired and combined in furtherance of the common objective of stealing military ammunition from the Fairchild Air Force Base CATM for personnel use.

9. As further set forth herein and below, it was a part of the conspiracy that the Defendants, and their known and unknown conspirators, would steal military

INDICTMENT – 3

ammunition, property of the United States to which the Defendants had access by means of their military service, and provide the stolen ammunition to the known and unknown conspirators for their personal use and possession.

10. It was further part of the conspiracy that the Defendants would falsify documentation in order to make it appear that the stolen ammunition had been expended in the ordinary course of official military use.

11. It was further part of the conspiracy that the Defendants, and other known and unknown conspirators, would divide up the stolen ammunition amongst themselves for the personal use and possession of the conspirators individually and as part of the conspiracy, and would discuss amongst themselves that the ammunition was stolen military ammunition that had no cost to the conspirators.

### Overt Acts

12. In furtherance of the conspiracy and to accomplish its objectives, the Defendants and other co-conspirators committed, among others, the following overt acts, some within the Eastern District of Washington:

   a. On or about March 12, 2022, the Defendants, SANGER, EAGLETON, RICHARDS, and others known and unknown to the grand jury, conducted a shooting range day at Fishtrap Lake, near Sprague, Washington, within the Eastern District of Washington. While at the shooting range, the Defendants, SANGER, EAGLETON, RICHARDS, and others known and unknown to the grand jury, fired various forms of ammunition, specifically 5.56mm M855 green tip ammunition that was stolen from the Fairchild Air Force Base CATM section.

   b. At the conclusion of the shooting range, RICHARDS provided SANGER a one-gallon Zip Loc bag containing approximately 300 to 350 rounds of 5.56mm M855 green tip ammunition.

INDICTMENT – 4

   c. RICHARDS informed SANGER the ammunition was stolen from the Fairchild Air Force Base CATM section. RICHARDS further explained that members of the CATM section falsified the records of a USAF Explosive Ordinance Disposal (EOD) unit's weapons qualification to reflect this ammunition as having been expended. This provided RICHARDS and the other CATM members the opportunity to divide the ammunition amongst themselves.

   d. SANGER subsequently provided an Air Force Office of Special Investigations (OSI) Undercover Agent (U/C) approximately sixty (60) rounds of this 5.56mm M855 green tip ammunition. Subsequently, Air Force OSI special agents identified the sixty (60) rounds of ammunition provided to the U/C by SANGER as having previously been produced by the Lake City Army Ammunition Plant located in Independence, Missouri.

   e. Air Force OSI special agents conducted a review of CATM records and determined CATM indicated the expenditure of 5.56mm M855 green tip ammunition in the amount of 5,400 rounds on or about November 20, 2021.

   f. On March 28, 2022, SANGER contacted the Air Force OSI U/C and stated EAGLETON had contacted him (SANGER) regarding additional stolen ammunition. The U/C inquired into the cost for the ammunition, to which SANGER responded there would be no cost because the ammunition was stolen.

   g. On March 29, 2022, SANGER met with EAGLETON in the Northern Quest Resort and Casino parking lot. EAGLETON handed SANGER a green ammunition container. SANGER then texted the U/C that he received the ammunition and provided a photograph of the ammunition.

INDICTMENT – 5

      h. On April 2, 2022, SANGER and the U/C went shooting at the Fishtrap Lake shooting range. The U/C noted SANGER brought ammunition consistent with the type of ammunition stolen by CATM personnel.

      i. The U/C recovered four ammunition clips containing approximately 40 rounds of 5.56mm frangible ammunition. The U/C also obtained a photograph of the green ammunition container brought by SANGER. The container indicated the contents were 5.56mm frangible ammunition, lot number FC-20A532-009.

      j. Air Force OSI special agents reviewed CATM records and determined these rounds of ammunition were recorded has having been expended sometime between March 2, 2021 and July 12, 2021.

      k. On April 26, 2022, in the Eastern District of Washington, Federal Bureau of Investigation and Air Force OSI special agents located ammunition, consistent with the stolen ammunition, in the residences of SANGER, EAGLETON, ROBSON, PIERCE, and LIMACHER.

      l. On April 26, 2022, in the District of Nevada, Air Force OSI special agents located ammunition, consistent with the stolen ammunition, in the residence of RICHARDS.

All in violation of 18 U.S.C. § 371. For the purpose of executing the scheme described above, the conspirators also committed the additional overt acts described below and detailed as separate counts.

### COUNT 2

13. On or about March 12, 2022, in the Eastern District of Washington, the Defendants, JOHN I. SANGER, ERIC A. EAGLETON, and NATHANIEL A. RICHARDS, knowingly possessed stolen ammunition, that is 5.56mm military ammunition, which had been shipped and transported in interstate commerce,

knowing and having reasonable cause to believe the ammunition was stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

## COUNT 3

14. On or about March 29, 2022, in the Eastern District of Washington, the Defendants, JOHN I. SANGER and ERIC A. EAGLETON, knowingly possessed stolen ammunition, that is 5.56mm military ammunition, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the ammunition was stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

## COUNT 4

15. On or about April 26, 2022, in the Eastern District of Washington, the Defendant, JOHN I. SANGER, knowingly possessed stolen ammunition, that is 5.56mm military ammunition, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the ammunition was stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

## COUNT 5

16. On or about April 26, 2022, in the Eastern District of Washington, the Defendant, ERIC A. EAGLETON, knowingly possessed stolen ammunition, that is 5.56mm military ammunition, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the ammunition was stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

## COUNT 6

17. On or about April 26, 2022, in the Eastern District of Washington, the Defendant, SHAWN ROBSON, knowingly possessed stolen ammunition, that is 5.56mm military ammunition, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the ammunition was stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

                              COUNT 7

18.    On or about April 1, 2022, in the Eastern District of Washington, the Defendant, NATHANIEL A. RICHARDS, knowingly possessed stolen ammunition, that is 5.56mm military ammunition, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the ammunition was stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

                              COUNT 8

19.    On or about April 26, 2022, in the Eastern District of Washington, the Defendant, JONAH PIERCE, knowingly possessed stolen ammunition, that is 5.56mm military ammunition, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the ammunition was stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

                              COUNT 9

20.    On or about April 26, 2022, in the Eastern District of Washington, the Defendant, AUSTIN LIMACHER, knowingly possessed stolen ammunition, that is 5.56mm military ammunition, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the ammunition was stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

                              COUNT 10

21.    On or about April 26, 2022, in the Eastern District of Washington, the Defendant, JOHN I. SANGER, knowingly received and possessed a firearm, to wit: a Knight's Armament, model M4QD, 5.56mm silencer, bearing serial number 981376, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871.

                              COUNT 11

22.    On or about April 26, 2022, in the Eastern District of Washington, the Defendant, ERIC A. EAGLETON, knowingly received and possessed a firearm, to

INDICTMENT – 8

wit: a gold and bronze in color firearm suppressor, bearing no tax stamps, markings, or serial number, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871.

## COUNT 12

23. On or about April 26, 2022, in the Eastern District of Washington, the Defendant, AUSTIN LIMACHER, knowingly received and possessed a firearm, to wit:

- a firearm suppressor identified as a 6inch 5/8-24 Black New 1226, bearing no tax stamp, markings, or serial number; and
- a firearm suppressor identified as a 6inch 1/2 -28 Black New 1226, bearing no tax stamp, markings, or serial number,

not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871.

## COUNT 13

24. On or about April 26, 2022, in the Eastern District of Washington, the Defendant, SHAWN ROBSON, willfully and knowingly did receive, conceal and retain stolen property of the United States, that is, one Aimpoint, M68, CompM4s, Red Dot optic, bearing serial number K4592966, with intent to convert said property to his own use, the Defendant, SHAWN ROBSON, then knowing said property to have been stolen, in violation of 18 U.S.C. § 641.

## COUNT 14

25. On or about April 26, 2022, in the Eastern District of Washington, the Defendant, JONAH PIERCE, willfully and knowingly did receive, conceal and retain stolen property of the United States, that is, one Aimpoint, M68, CompM4s, Red Dot optic, bearing serial number K2593105, with intent to convert said

INDICTMENT – 9

property to his own use, the Defendant, JONAH PIERCE, then knowing said property to have been stolen, in violation of 18 U.S.C. § 641.

## COUNT 15

26. On or about April 1, 2022, in the Eastern District of Washington, the Defendant, NATHANIEL A. RICHARDS, willfully and knowingly did receive, conceal and retain stolen property of the United States, that is, a Target pointer Illuminator Aiming Light, PEQ-15, bearing serial number 539627 and a Aimpoint, M68, Red Dot Scope, bearing serial number K2577363, of a value exceeding $1,000, with intent to convert said property to his own use, the Defendant, NATHAN RICHARDS, then knowing said property to have been stolen, in violation of 18 U.S.C. § 641.

## COUNT 16

27. On or about April 26, 2022, in the Eastern District of Washington, the Defendant, AUSTIN LIMACHER, willfully and knowingly did receive, conceal and retain stolen property of the United States, that is, three Aimpoint, M68, CompM4s, Red Dot optics bearing serial numbers W2535246, K4592897, and K4159277, of a value exceeding $1,000, with intent to convert said property to his own use, the Defendant, AUSTIN LIMACHER, then knowing said property to have been stolen, in violation of 18 U.S.C. § 641.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§371, 641, 922(j), as set forth in Count 1 of this Indictment, Defendants JOHN I. SANGER, ERIC A. EAGLETON, SHAWN ROBSON, NATHANIEL A. RICHARDS, JONAH PIERCE, and AUSTIN LIMACHER, and/or in violation of 18 U.S.C. § 641, as set

INDICTMENT – 10

forth in Counts 13 – 16, Defendants, SHAWN ROBSON (Count 13), JONAH PIERCE (Count 14), NATHANIEL A. RICHARDS (Count 15), and AUSTIN LIMACHER (Count 16), shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s), all pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

If any of the property described above, as the result of any act or omission of Defendants:

  (a) cannot be located upon the exercise of due diligence;
  (b) has been transferred or sold to, or deposited with, a third party;
  (c) has been placed beyond the jurisdiction of the court;
  (d) has been substantially diminished in value; or
  (e) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of a violation of 18 U.S.C. §§ 922(j), 924(a)(2), as set forth in Counts 2 – 10 of this Indictment, Defendants, JOHN I. SANGER (Counts 2 - 4), ERIC A. EAGLETON (Counts 2, 3 and 5), NATHANIEL A. RICHARDS (Counts 2 and 7), SHAWN ROBSON (Count 6), JONAH PIERCE (Count 8) and AUSTIN LIMACHER (Counts 9 and 10) shall forfeit to the United States of America, any and all firearms and ammunition involved or used in the commission of the offense.

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872 and 28 U.S.C. § 2461, upon conviction of an offense(s) in violation of 26 U.S.C. §§ 5841, 5845(a), 5861(d), 5871, as set forth in this Indictment, Defendants, JOHN I. SANGER (Count 11), ERIC A. EAGLETON (Count 12), and AUSTIN LIMACHER (Count

13), shall forfeit to the United States of America, any firearms involved or used in the commission of the offense(s), including, but not limited to:

DEFENDANT, JOHN I. SANGER (Count 11)

a Knight's Armament, model M4QD, 5.56mm silencer, bearing serial number 981376

DEFENDANT, ERIC A. EAGLETON (Count 12)

a gold and bronze in color firearm suppressor, bearing no tax stamps, markings, or serial number,

DEFENDANT AUSTIN LIMACHER (Count 13)

a firearm suppressor identified as a 6inch 5/8-24 Black New 1226, bearing no tax stamp, markings, or serial number; and

a firearm suppressor identified as a 6inch 1/2 -28 Black New 1226, bearing no tax stamp, markings, or serial number

DATED this 3 day of May, 2022.

A TRUE BILL

Foreperson

Vanessa R. Waldref
United States Attorney

Patrick J. Cashman
Assistant United States Attorney

INDICTMENT – 12