UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>John I. Sanger<br>　　　　　　　　　　　　　　　　,<br>　　　　　　Defendant. | No. 2:22-cr-052-TOR-1<br><br>WAIVER OF DETENTION HEARING |

I acknowledge that the Judge has informed me of my right to a detention hearing, pursuant to 18 U.S.C. § 3142, and that I understand that right.

☐　I WAIVE my right to a detention hearing.

☐　I WAIVE my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

☑　I WAIVE my right to a detention hearing at this time, and reserve the right to move for a detention hearing at a later date.

_[signature]_　　　　5/4/20　　　　John I. Sanger
Defendant Signature　　Date　　　　　Printed Name

_[signature]_　　　　　　　　　　　　**Payton Martinez**
Counsel for Defendant Signature　　　Printed Name

WAIVER OF DETENTION HEARING　　1