# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v.  JOHN I. SANGER**                              Case No.   **2:22-CR-0052-TOR-1**

**Arraignment on Superseding Indictment:**                              **06/16/2022**

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Michael Ellis, Supervising US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Amanda Allard, Supervising US Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Amy Rubin, Defense Atty |
| | | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☒ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☐ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of Superseding Indictment | | |
| ☒ | Defendant waived reading of Superseding Indictment | | |
| ☐ | Superseding Indictment read in open court | | |

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is JOHN I. SANGER.

Defendant was advised of his rights and the allegations contained in the Superseding Indictment.

"Not guilty" plea entered.
Discovery to be provided pursuant to the local rule on discovery.

Counsel has been appointed to represent Defendant and that appointment shall continue.

Detention previously addressed and issue does not need to be revisited at this time.

**The Court ordered:**
1. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
2. Discovery to be provided pursuant to the local rule on discovery.
3. Matters involving detention have been previously heard and determined.  Issue of detention not before the Court.  Pre-existing Order of Detention will remain in full force.
4. Defendant shall be detained by the U. S. Marshal until further order of the Court.